IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Christopher J. Thomas #332746 )
Full name and prison number )
of plaintiffs(s) )

v. )

Captain Thomas )
Captain Jenkins )
L.T. Marvin )

Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED

2023 SEP 12 A 10: 52

TLEY CLANDER, CLK
CIVIL ACTION NO. **2:23-cv-537-MHT-CSC**
(To be supplied by Clerk of
U.S. District Court)

I.   PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (   )  NO ( ✓ )
   B.   Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (   )  NO ( ✓ )

   C.   If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.   Parties to this previous lawsuit:
             Plaintiff(s)_____

             _____

             Defendant(s)_____

             _____

        2.   Court (if federal court, name the district? if
             state court, name the county)_____

             _____

3.   Docket number _____

4.   Name of judge to whom case was assigned _____

_____

5.   Disposition (for examples  Was the case dismissed?
     Was it appealed?  Is it still pending?)_____

_____

6.   Approximate date of filing lawsuit _____

7.   Approximate date of disposition _____

II.   PLACE OF PRESENT CONFINEMENT Kilby Correctional
Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Kilby
Correctional Facility

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

            NAME                          ADDRESS
1.   _____

2.   _____

3.   _____

4.   _____

5.   _____

6.   _____

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED August, 11,
2023

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:
GROUND ONE: Crue and Unusual Punishment
Excessive Force ( see Attachment)

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)

_See Attachment_

GROUND TWO: 

SUPPORTING FACTS: 

GROUND THREE: 

SUPPORTING FACTS: 

3

Ground 1    Cruel & Unusual Punishment "excessive force"

Supporting Facts

On or about Aug. 11, 2023 I was physically assaulted by Captain Thomas, Captain Jenkins and Lt. Marvin. The first incident occured in the Captain's Office. Appx. 2 hours after I left "P-ward" after recieving a body chart for an incident in J-dorm involving several "inmates" after being told by Captain Thomas to "bring yo lil bitch ass on, you the one that assaulted that dude in J-dorm" I then proceeded to walk down the hall and entered into the Cpt. Office at that point Cpt Thomas and Captain Jenkins were both inside there, shortly after Lt. Marvin entered, I was then cornered off thats when Cpt. began choking me, then struck me multiple times in the face. I was then escorted by Lt. Marvin to the Restricted Housing Unit, present was officer T. Rudolph and Officer Woods. After being placed in the Segragation Shower and licked in for several minutes I was then transported down stairs into the Restricted Housing Unit's Lt office at which time I was then assaulted by Lt. Marvin.

This is a clear case of Cruel and Unusual Punishment by the use of excessive force. This event has caused me severe pain, suffering and extreme mental anguish therefore im in constant fear. All of my claims regarding the events can be corroborated by the Kilby Correctional Facility Security Cameras.

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

I hereby request Compesation in the amount of $300,000
Due too extreme physical and mental Pain; Suffering.

_____
                                   Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on September 10, 2023 .
                        (Date)

_____
                                   Signature of plaintiff(s)

4

Christopher J. Thomas
AIS#332796
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL. 36057



"This correspondance is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed Communication."

Middle District of Alabama
Frank Johnson Courthouse
1 Church St. Suite B 100
Montgomery, AL. 36104