IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHRISTOPHER J. THOMAS,      )
                            )
    Plaintiff,               )
                            )   CIVIL ACTION NO.
    v.                       )    2:23cv537-MHT
                            )        (WO)
CAPTAIN THOMAS, et al.,      )
                            )
    Defendants.              )
```

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about being physically abused by the defendants, who are officials at the Kilby Correctional Facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of November, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE