IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHRISTOPHER J. THOMAS,      )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )      2:23cv537-MHT
                            )          (WO)
CAPTAIN THOMAS, et al.,     )
                            )
    Defendants.             )
```

### ORDER

Upon consideration of plaintiff's motion for relief from judgment (Doc. 11), it is ORDERED that:

(1) This case is reopened.

(2) Plaintiff's motion is granted.

(3) The opinion and judgment entered on November 20, 2023 (Doc. 7 and Doc. 8) are vacated.

This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 19th day of December, 2023.

                                                /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE