IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CHRISTOPHER J. THOMAS,      )
                            )
     Plaintiff,             )
                            )          CIVIL ACTION NO.
     v.                     )            2:23cv537-MHT
                            )                (WO)
CAPTAIN THOMAS, et al.,     )
                            )
     Defendants.            )

ORDER

The court has been informed that the parties reached a settlement of this case at mediation. Accordingly, it is ORDERED that:

(1) By April 6, 2026, the parties shall file a joint stipulation of dismissal or a status report indicating how much additional time will be needed to finalize the settlement.

(2) This case is administratively closed pending the filing of the joint stipulation of dismissal.

DONE, this the 11th day of March, 2026.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE